HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REDWEEK, INC., a Washington corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-10, individuals, JOHN DOES 11-20, corporations,<br><br>                Defendant. | No. 2:17-cv-00429 RSL<br><br>**ORDER GRANTING PLAINTIFF REDWEEK, INC.'S SECOND *EX PARTE* MOTION FOR EXPEDITED DISCOVERY** |

The Court, having considered Plaintiff RedWeek, Inc.'s ("RedWeek") Second *Ex Parte* Motion for Expedited Discovery ("Second Motion"), Dkt. # 13, and the documents filed in support thereof, hereby concludes that good cause exists and GRANTS the Motion.

RedWeek may immediately serve subpoenas in the forms attached as exhibits to the Declaration of Christian W. Marcelo in Support of RedWeek's Motion (Dkt. # 14) on the entities identified therein, namely SunTrust Bank and Bank of America Corporation, seeking information that would allow service on the Doe defendants, specifically his or her name, address, and email address. An entity served with a subpoena authorized by this order shall give written notice, which includes email notice, and a copy of the subpoena to any affected subscriber(s) as soon as possible after service of the subpoena and shall provide RedWeek with the date(s) upon which notice was provided to each affected subscriber. The entity and/or any

1 affected subscriber(s) shall have thirty (30) days from the date the subscriber is notified of the subpoena to object to the production pursuant to Fed. R. Civ. P. 45(d)(2)(B). Any objection must be in writing and sent to William C. Rava, Perkins Coie LLP, 1201 Third Avenue, Suite 4900, Seattle, WA 98101.

The entity shall not disclose defendants' identifying information before or during the 30-day period or if a timely objection is served on RedWeek or its counsel unless and until the Court orders it to do so. If an objection is served, the entity shall preserve any material responsive to the subpoena for a period of two (2) months in order to allow RedWeek to move for an order compelling production under Fed. R. Civ. P. 45(d)(2)(B)(i). If no objection is served, the entity shall comply with the subpoena within fourteen (14) days.

RedWeek shall provide a copy of this Order with each subpoena issued pursuant thereto.

Dated this 5th day of May, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge