HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REDWEEK, INC., a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOES 1-10, individuals, JOHN DOES 11-20, corporations,<br><br>　　　　　　Defendant. | No. 2:17-cv-00429 RSL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF REDWEEK, INC.'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS |

The Court, having considered Plaintiff RedWeek, Inc.'s ("RedWeek") *Ex Parte* Motion for Extension of Time to Serve Defendants hereby GRANTS the Motion.

IT IS HEREBY ORDERED that the deadline of to serve Doe Defendants on June 15, 2017 is extended by 60 days, until August 16, 2017.

Dated this 14th day of June, 2017.

_____
Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF
REDWEEK, INC.'S EX PARTE MOTION FOR
EXTENSION OF TIME TO SERVE DEFENDANTS (No.
2:17-cv-00429 RSL) – 1
135907731.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000