HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REDWEEK, INC., a Washington corporation,<br><br>                Plaintiff,<br><br>     v.<br><br>JOHN DOES 1-10, individuals, JOHN DOES 11-20, corporations,<br><br>                Defendant. | No. 2:17-cv-00429 RSL<br><br>**ORDER GRANTING PLAINTIFF REDWEEK, INC.'S SECOND *EX PARTE* MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS** |

The Court, having considered Plaintiff RedWeek, Inc.'s ("RedWeek") Second *Ex Parte* Motion for Extension of Time to Serve Defendants hereby GRANTS the Motion.

IT IS HEREBY ORDERED that the deadline of to serve Doe Defendants on August 16, 2017 is extended by 30 days, until September 15, 2017.

Dated this 8th day of August, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF REDWEEK, INC.'S
SECOND EX PARTE MOTION FOR EXTENSION OF
TIME TO SERVE DEFENDANTS (No. 2:17-cv-00429 RSL)
– 1
136446393.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000